IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | Civil Action No. 4:10-CV-00433 |
| Plaintiff, | ) | |
| vs. | ) | RESISTANCE TO UNITED STATES' MOTION FOR TEMPORARY RESTRAINING ORDER |
| JANE L. TIMM AND ZONE 5 DESIGN, LLC, | ) | |
| Defendants. | ) | |

Defendants, Jane L. Timm and Zone 5 Design, LLC., resist the United States' Motion for Temporary Restraining Order because the grounds for said Temporary Restraining Order are not present.  Expedited relief is not called for under Local Rule 7.j.

Defendants believe this case should be resolved without involvement by the United States District Court.

Dated this 8th day of November, 2010.

/s/James R. Monroe
JAMES R. MONROE, ESQ.
(PK #0003760)
2115 Forest Avenue
P.O. Box 41355
Des Moines, IA 50311
Telephone:  515/244-0652
Facsimile:  515/244-3579

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Resistance to the United States' Motion for Temporary Restraining Order has been made upon the following by ECF on November 8, 2010:

Michael R. Pahl
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044


/s/ James R. Monroe
JAMES R. MONROE